Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Patricia Ann Julion

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA ANN JULION, | Case No.: 2:20-cv-06501-ADS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  8/11/2021

                          /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

1  DATE: August 10, 2021       Respectfully submitted,

2                              LAW OFFICES OF LAWRENCE D. ROHLFING

3                                   /s/ *Lawrence D. Rohlfing*
                              BY:_____
4                                 Lawrence D. Rohlfing
                                  Attorney for plaintiff Patricia Ann Julion

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:20-CV-06501-ADS

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 10, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Lawrence D. Rohlfing

_____
Lawrence D. Rohlfing
Attorneys for Plaintiff
_____